UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 2 4 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:16CR0080 JAR/SPM |
| DEANGELO DEMITRIUS HERRON, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about February 18, 2016, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

**DEANGELO DEMITRIUS HERRON,**

the defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2, and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT II

The Grand Jury further charges that:

On or about February 18, 2016, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

**DEANGELO DEMITRIUS HERRON,**

the defendant herein, did knowingly possess a firearm, to wit: a Glock, Model 19, 9mm caliber semi-automatic pistol, bearing serial number VKR216, in furtherance of a drug-trafficking crime, to wit: distribution of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, as charged in Count I herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT III

The Grand Jury further charges that:

On or about February 18, 2016, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

**DEANGELO DEMITRIUS HERRON,**

the defendant herein, having been previously convicted of the following offenses:

1) On September 21, 2012, in the 22nd Judicial Circuit Court, City of St. Louis, Missouri, Cause number 0822-CR00593-01, of the offenses of Tampering with Motor Vehicle-1st Degree (Count I) and Resisting/Interfering with Arrest for a Felony (Count II), which is a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Missouri;

2) On September 21, 2012, in the 22nd Judicial Circuit Court, City of St. Louis, Missouri, Cause number 1122-CR05998-01, of the offense of Possession of Controlled Substance (marijuana), which is a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Missouri; and

3) On March 17, 2014, in the 22nd Judicial Circuit Court, City of St. Louis, Missouri, Cause number 1422-CR04184-01, of the offenses of Unlawful Possession of a

Firearm, which is a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Missouri;

did knowingly and unlawfully possess a firearm, to wit: a Glock, Model 19, 9mm caliber semi-automatic pistol, bearing serial number VKR216, which had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924.

### FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.  Pursuant to Title 18, United States Code, Sections 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count I, the defendant shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

2.  Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Sections 924 or 922, as set forth in Counts II and III, respectively, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used or intended to be used in said offense.

3.  Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense.

4. Specific property subject to forfeiture includes, but is not limited to, the following:

    a. $1,000 United States currency.

5. If any of the property described above, as a result of any act or omission of the defendant(s):

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

    A TRUE BILL.


_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
DEAN R. HOAG, #23843MO
Assistant United States Attorney